FILED

12/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0318

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0318

_____

DANIEL L. MORLEY,

Plaintiff and Appellee,

v.                                                             O R D E R

CYNTHIA J. MORLEY and KENNETH E.
MORLEY,

Defendants and Appellants.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ray Dayton, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 1 2021